THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
IRMA RAMIREZ; and DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>Plaintiffs,<br><br>v.<br><br>CASA SANCHEZ RESTAURANT; MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS,<br><br>Defendants. | CASE NO. CV-11-3089-JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE PLAINTIFFS' LEAVE TO AMEND THE COMPLAINT |

Plaintiff IRMA RAMIREZ and Plaintiff DAREN HEATHERLY, and Defendants MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS, by and through the parties respective counsel in the above-mentioned case hereby make the following stipulation:

1. **Whereas,** plaintiffs inadvertently named defendants MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS on the complaint in ¶13, line 25 as the parties who encountered barriers at the subject Casa Sanchez; and

///

2. **Whereas**, plaintiffs are aware of this error and respectfully request this court's permission to amend the complaint to correct this error.

**IT'S STIPULATED** and requested that plaintiffs be permitted to file a First Amended Complaint.

Respectfully Submitted,

Dated: October 12, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY

Dated: 10-13, 2011

FINE, BOGGS & PERKINS, LLP

By: _____
David A. Hosilyk

Attorneys for Defendants MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS

## ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiffs may file a First Amended Complaint to fix error on the complaint in the above-entitled action.

Dated: 10/17, 2011

_____
Honorable Joseph [Judge Joseph C. Spero]
UNITED STATES [MAGISTRATE] JUDGE