1 THOMAS E. FRANKOVICH (State Bar #074414)
  THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
  4328 Redwood Hwy, Suite 300
3 San Rafael, CA 94903
  Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 Attorney for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>Plaintiffs,<br><br>v.<br><br>CASA SANCHEZ RESTAURANT; MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS,<br><br>Defendants. | CASE NO CV-11-3089-JCS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

The parties, by and through their respective counsel, stipulate to the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 22, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for IRMA RAMIREZ and DAREN HEATHERLY

Dated: April 24, 2013

Fine, Boggs & Perkins LLP
*Attorneys at Law*

By: _____
David A. Hosilyk
Attorney for Defendants MARTHA SANCHEZ; ROBERT C. SANCHEZ; and FANTE, INC., a California Corporation dba CASA SANCHEZ FOODS

Dated: 4/29/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA